**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
**INGEVITY CORPORATION,**

                        **Plaintiff,**                    **ORDER**

          **-against-**                            22-CV-0565 (NGG)

**REGENT TEK INDUSTRIES, INC.,**

                        **Defendant.**
----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       On July 8, 2022, plaintiff filed a motion for default judgment against defendant Regent Tek Industries, Inc. ("defendant"). See Motion for Default Judgment (July 8, 2022), Electronic Case Filing Docket Entry ("DE") #9. On July 11, 2022, the Honorable Nicholas G. Garaufis, the District Judge to whom this case is assigned, referred the motion to the undersigned magistrate judge.

       Since plaintiff seeks an award of attorney's fees, counsel must submit contemporaneous time records. See Sery v. Medina, 13-CV-165 (RLE), 2016 WL 3282491, at *3 (S.D.N.Y. June 10, 2016) (denying motion to recover fees in breach of contract action where counsel failed to submit contemporaneous time records); OneWest Bank, N.A. v. Serbones, 14-CV-7281 (RJD) (MDG), 2016 WL 1306545, at *1 (E.D.N.Y. Mar. 31, 2016). Therefore, by August 5, 2022, counsel is directed to serve and file, with redactions if appropriate and an unredacted version filed under seal, counsel's billing records.

       Defendant is directed to show cause, in writing, by August 26, 2022 (with a copy served on plaintiff's counsel), why the relief requested in plaintiff's motion papers (which were

reportedly served on defendant on July 8, 2022) should not be granted.  Defendant is warned that its failure to file a timely response will likely result in a judgment being entered against it.

Plaintiff is directed to promptly serve a copy of this Order on defendant and to file proof of mailing.

        SO ORDERED.

Dated:    Brooklyn, New York
             July 25, 2022

/s/    *Roanne L. Mann*
**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**